UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TOWER AIR, INC., | : | Case No. 00-01280 (RB) |
| Debtor | : | |
| | | |
| ERNST & YOUNG LLP | : | |
| Appellant | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 04-820 (GMS) |
| | : | |
| CHARLES A. STANZIALE, JR., | : | |
| as chapter 7 trustee for the | : | |
| bankruptcy estate of Tower Air, Inc. | : | |
| Appellee | : | |

### STIPULATION OF DISMISSAL OF APPEAL
### WITH PREJUDICE PURSUANT TO FED. R. BANKR. P. 8001(c)(2)

Pursuant to Fed. R. Bankr. P. 8001(c)(2), the matters at issue on appeal in the above-captioned appeal, having been amicably settled by and between the parties, is hereby dismissed with prejudice and without costs against any party, and each party shall bear its own costs and fees. All court costs and fees have been paid.

Dated: July 22, 2005

| PEPPER HAMILTON LLP | DUANE MORRIS LLP |
|---|---|
| By: /s/ *signature* | By: /s/ Richard W. Riley (BOX) |
| David M. Fournier (DE I.D. No. 2812) | Richard W. Riley (DE I.D. No. 4052) |
| James C. Carignan (DE I.D. No. 4230) | Christopher M. Winter (DE I.D. No. 4163) |
| Hercules Plaza, Suite 5100 | 1100 North Market Street, Suite 1200 |
| 1313 Market Street | Wilmington, DE 19801-1246 |
| P.O. Box 1709 | Telephone: (302) 657-4900 |
| Wilmington, DE 19899-1709 | Telecopy: (302) 657-4901 |
| Telephone: (302) 777-6500 | E-mail: rwriley@duanemorris.com |
| | cmwinter@duanemorris.com |

*and*

    John M. Dowd, Esquire
    Terence J. Lynam, Esquire
    Nell L Brown
    AKIN GUMP STRAUSS HAUER
      & FELD LLP
    1333 New Hampshire Avenue, NW
    Washington, DC 20036
    Telephone: (202) 887-4386

Attorneys for Appellant,
Ernst & Young LLP

**ROSENTHAL, MONHAIT, GROSS & GODDESS**

By: _/s/ Kevin Gross_
    Kevin Gross (DE I.D. No. 209)
    Mellon Bank Center, Suite 1401
    919 Market Street
    P.O. Box 1070
    Wilmington, DE 19899-1070
    Telephone: (302) 656-4433
    Email: kgross@rmgglaw.com

*and*

    Arnold M. Weiner, Esquire
    Robert J. Weltchek, Esquire
    Barry L. Gogel, Esquire
    Weiner & Weltchek
    2330 W. Joppa Road, Suite 300
    Lutherville, MD 21093

*and*

*and*

    Diane E. Vuocolo, Esquire
    4200 One Liberty Place
    Philadelphia, PA 19103-7396
    Telephone: (215) 979-1516
    Telecopy: (215) 979-1020

*and*

    Donald J. Crecca, Esquire
    Schwartz, Tobia & Stanziale
    Kip's Castle
    22 Crestmont Road
    Montclair, NJ 07042
    Telephone: (973) 746-6000
    Telecopy: (973) 655-0699

Attorneys for Appellee,
Charles A. Stanziale, Jr., as chapter 7
bankruptcy trustee for the bankruptcy
estate of Tower Air, Inc.

2

WT - #177803 v1 (3PC301!.DOC)

Paul M. Nussbaum, Esquire
Edward M. Buxbaum, Esquire
Dwight W. Stone, Esquire
Kevin G. Hroblak, Esquire
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD 21202

*Of Counsel:*

Donald J. Crecca, Esquire
Schwartz, Tobia & Stanziale
Kip's Castle
22 Crestmont Road
Montclair, NJ 07042
Telephone: (973) 746-6000
Telecopy:  (973) 655-0699

Attorneys for Appellee,
Charles A. Stanziale, Jr., as Litigation Trustee

WL #172803 v1 (3PC301!.DOC)